UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332, ET AL.,<br>　　　　　　Plaintiffs,<br>　v.<br>CARLOS ALBERTO GARCIA MANZANARES,<br>　　　　　　Defendants. | Case No.: C 11-01173 PSG<br><br>**ORDER SETTING FURTHER STATUS CONFERENCE** |

On June 7, 2011, Plaintiffs appeared for a status conference. Based on the discussions held at the conference, a further status conference shall be held on July 5, 2011 at 2PM.

IT IS SO ORDERED.

Dated:   June 13, 2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER, *page 1*