UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, ET AL., | ) ) ) | Case No.: C 11-01173 PSG |
| Plaintiffs, | ) ) | **ORDER FOR REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE** |
| v. | ) ) | |
| CARLOS ALBERTO GARCIA MANZANARES, ET AL., | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

On July 1, 2011, Plaintiffs applied for default judgment and for attorney's fees. This case is assigned to a magistrate judge. Magistrate judges, however, have authority to order the entry of judgment in a case only upon consent of the parties. *See* 28 U.S.C. § 636(c)(1). Defendant Carlos Alberto Garcia Manzanares has filed neither a consent nor a declination. Because Plaintiffs have applied to this court for final disposition against a party who has not consented to the jurisdiction of the magistrate judge,

IT IS HEREBY ORDERED that the above-captioned action shall be reassigned to a district court judge.

Dated:  July 5, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*